UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KENNY JOSEPH DUFFY** | **DOCKET NO. 6:22-CV-05857** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 10], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED Duffy's PETITION FOR WRIT OF HABEAS CORPUS [Doc. 5] be DISMISSED WITHOUT PREJUDICE in accordance with the provisions of FRCP Rule 41(b).

THUS, DONE AND SIGNED in Chambers on this 5th day of June 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE